| | |
|---|---|
| CARMELA CISNEROS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE CORPORATION, et al.,<br><br>Defendants. | Case No.: 18cv2489-L(MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION [ECF NO. 15]** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

On January 31, 2019, the parties filed a joint motion asking the Court to enter their Protective Order [ECF No. 15]. The Court has considered the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion with the following modification: the case name and number referenced in Exhibit A should read: *Cisneros v. Centene Corporation, et al.*, No. 3:18-cv-02489-L (MSB) (S.D. Cal.).

**IT IS SO ORDERED.**

Dated: February 1, 2019

Honorable Michael S. Berg
United States Magistrate Judge