UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELA CISNEROS, individually, and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiff*,<br><br>　vs.<br><br>CENTENE CORPORATION, *et al.*,<br><br>　　　　　*Defendants.* | Case No.: 3:18-cv-02489-L-MSB<br><br>**ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7.2.a, the Stipulated Request to Dismiss Entire Action (doc. no. 43) is approved. All claims asserted by Plaintiff are dismissed with prejudice. All claims asserted on behalf of the putative class are dismissed without prejudice. The parties shall each bear her or its own fees and costs.

**IT IS SO ORDERED.**

Dated:  December 10, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　United States District Judge